6 A.3d 501

**Mario GAUSE, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Oct. 19, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of October, 2010, the order of the Commonwealth Court is **AFFIRMED.**